ACCEPTED
15-24-00036-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/10/2025 4:11 PM
CHRISTOPHER A. PRINE
CLERK

**TAB 3**

Appellees' Claimed Personal Justiciable Interests
(Plaintiffs' Presentation to District Court, November 8, 2023)

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/10/2025 4:11:58 PM
CHRISTOPHER A. PRINE
Clerk

## PLAINTIFFS' COMMENTS: CONTESTED CASE HEARING REQUESTS

Plaintiffs work, recreate, or live within 2 to 5 miles:

- Mr. and Ms. Maresh live **1.79 miles** from the Terminal. AR70 at 408 (Tab 16, 400).
- Ms. Wilson visits 1-3 times/week water monitoring sites **less than 1 mile** and **up to 3 miles** from the Terminal to enforce consent decree, and she swims, kayaks and boats in nearby Bays. AR70 at 408-09, 425-33, 440-41 (Tab 16, 400-01, 417-425; Tab 17, 433-34)
- Mr. Blanco spends up to 4.5 months/year shrimping and oystering between **1.38 and 2.32 miles** from the Terminal. AR70 at 364 (Tab 14, 358); AR61 at 89-93 (Tab 12, 344-48).
- Mr. Miller works 50-60 hours/week at his seafood business **within 5 miles** and recreationally fishes monthly **about 2 miles** from the Terminal. AR70 at 362-63 (Tab 14, 356-57)

## Plaintiffs' Particularized Recreational & Aesthetic Interests

- **John and Janet Maresh** – concerned about worsening "thick acrid smog" and cumulative air pollution impacts that will push the area into non-attainment for federal air quality standards, which will diminish their use and enjoyment of their property. AR70 at 408 (Tab 16, 400); Pl. Br. 35-37.

- **Curtis Miller** – fishes recreationally at reefs just over 2 miles from Terminal monthly, air pollution will interfere with his work and recreational activities due to his asthma.  AR70 at 363 (Tab 14, 357); Pl. Br. 38-39.

- **Diane Wilson** – regularly swims, kayaks, fishes, and boats in Lavaca and Matagorda Bays, her deep connection to and enjoyment of the Bays diminished by industrial facilities.  AR70 at 440–41 (Tab 17, 433-34); Pl. Br. 31-32.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Derek Seal
Bar No. 797404
kmcbride@mcginnislaw.com
Envelope ID: 96098837
Filing Code Description: Exhibits - Exempt
Filing Description: Appellants' Exhibits For Oral Argument
Status as of 1/10/2025 4:37 PM CST

Associated Case Party: Calhoun Port Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael Woodward | 21979300 | mwoodward@hslawmail.com | 1/10/2025 4:11:58 PM | SENT |
| Barton Hejny | 24082231 | bhejny@hslawmail.com | 1/10/2025 4:11:58 PM | SENT |
| Petrus J.Wassdorf | | pwassdorf@hslawmail.com | 1/10/2025 4:11:58 PM | SENT |
| Alan Sanders | | alan.sanders@dinsmore.com | 1/10/2025 4:11:58 PM | SENT |

Associated Case Party: Texas Oil & Gas Association

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 1/10/2025 4:11:58 PM | SENT |
| Beau Carter | | beau.carter@bakerbotts.com | 1/10/2025 4:11:58 PM | SENT |

Associated Case Party: Max Midstream, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Derek  Seal | | dseal@mcginnislaw.com | 1/10/2025 4:11:58 PM | SENT |
| Jordan  Mullins | | jmullins@mcginnislaw.com | 1/10/2025 4:11:58 PM | SENT |
| April Lucas | | alucas@mcginnislaw.com | 1/10/2025 4:11:58 PM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 1/10/2025 4:11:58 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Colton Halter | | colton.halter@oag.texas.gov | 1/10/2025 4:11:58 PM | SENT |
| Debbie Trevino | | debbie.trevino@dinsmore.com | 1/10/2025 4:11:58 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Derek Seal
Bar No. 797404
kmcbride@mcginnislaw.com
Envelope ID: 96098837
Filing Code Description: Exhibits - Exempt
Filing Description: Appellants' Exhibits For Oral Argument
Status as of 1/10/2025 4:37 PM CST

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin Snody | | erin.snody@oag.texas.gov | 1/10/2025 4:11:58 PM | SENT |
| Annalisa Guartuche | | annalisa.guartuche@oag.texas.gov | 1/10/2025 4:11:58 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 1/10/2025 4:11:58 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 1/10/2025 4:11:58 PM | SENT |

Associated Case Party: San Antonio Bay Estuarine Waterkeeper

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin Gaines | | egaines@earthjustice.org | 1/10/2025 4:11:58 PM | SENT |
| Michelle Carlos | | mcarlos@earthjustice.org | 1/10/2025 4:11:58 PM | SENT |
| Claire Huebler | | chuebler@earthjustice.org | 1/10/2025 4:11:58 PM | SENT |
| Ilan Levin | | ilevin@environmentalintegrity.org | 1/10/2025 4:11:58 PM | SENT |

Associated Case Party: Texas Campaign for the Environment

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin Gaines | | egaines@earthjustice.org | 1/10/2025 4:11:58 PM | SENT |
| Michelle Carlos | | mcarlos@earthjustice.org | 1/10/2025 4:11:58 PM | SENT |
| Claire Huebler | | chuebler@earthjustice.org | 1/10/2025 4:11:58 PM | SENT |
| Ilan Levin | | ilevin@environmentalintegrity.org | 1/10/2025 4:11:58 PM | SENT |

Associated Case Party: S.DianeWilson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Derek Seal
Bar No. 797404
kmcbride@mcginnislaw.com
Envelope ID: 96098837
Filing Code Description: Exhibits - Exempt
Filing Description: Appellants' Exhibits For Oral Argument
Status as of 1/10/2025 4:37 PM CST

Associated Case Party: S.DianeWilson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ethan Siegel | | esiegel@trla.org | 1/10/2025 4:11:58 PM | SENT |
| Karis Adams | | karisadams@trla.org | 1/10/2025 4:11:58 PM | SENT |